# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RAYMOND DECKELMAN

NO. 2021 KW 0038

FEB 1 8 2021

---

In Re:   Raymond Deckelman, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 475,289.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

   **WRIT DENIED.**   See **State v. Young**, 2019-01818 (La. 6/12/20), 2020 WL 3424876.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_a.s~_

---
DEPUTY CLERK OF COURT
FOR THE COURT